Shawn Michael **FOSTER,**
**Petitioner–Appellant,**

v.

**UNITED STATES of America,**
**Respondent–Appellee.**

No. 03–6528.

United States Court of Appeals,
Fourth Circuit.

Submitted May 15, 2003.

Decided May 29, 2003.

Shawn Michael Foster, Appellant Pro Se. Steven Ian Loew, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Shawn Michael Foster appeals the district court's order accepting the recommendation of the magistrate judge denying his 18 U.S.C. § 3582 (2000) motion to modify his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Foster*, Nos. CR–01–44; CA–02–1346–2 (S.D.W.Va. Mar. 19, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*